

**COMMONWEALTH OF PENNSYLVANIA**
**OFFICE OF ATTORNEY GENERAL**

**KATHLEEN G. KANE**
ATTORNEY GENERAL

June 26, 2014

FILED
SCRANTON
JUN 3 0 2014
PER _____
DEPUTY CLERK

Criminal Law Division
Special Litigation Section
16th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-7189

Mr. E. David Christine, Jr.
Monroe County Office of the District Attorney
Monroe County Courthouse
610 Monroe Street, Ste. 126
Stroudsburg, PA 18360

    Re:   *Jorge A. Torres Jr. on behalf of L.V.T.R. and S.R.N.T.R. v. Cynthia Ramirez, Case Worker, et al.*
          *USDC-Middle, 14-1064*

Dear Mr. Christine, Jr.:

    Enclosed please find a copy of the petitioner's Petition for Writ of Habeas Corpus and accompanying documents.

    Because of your access to, and familiarity with, the records in the case, your office is the best source for personal knowledge of the prosecution and the status of any appeals or collateral attacks concerning this prosecution, we are referring it to you and asking you to respond within the time mandated by the Court's Order.

    If you have any questions or believe I am in error please contact my office at the telephone number listed above.

                                            Sincerely,

                                            Amy Zapp
                                            Chief Deputy Attorney General

cc:    Clerk, USDC-Middle

OFFICE OF ATTORNEY GENERAL
COMMONWEALTH OF PENNSYLVANIA
STRAWBERRY SQUARE
HARRISBURG, PA 17120

D/S AUTH 2E-8 READING PA

RECEIVED
SCRANTON
JUN 30 2014
PER _____
William J. Nealon Federal Bldg. & U.S. Courthouse

U.S. District Court for the Middle District
Office of the Clerk
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501

140  FQH-15B  18501

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES
ZIP 17120
02  1W
0001375957 JUN 28 2014
$ 000.38