UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

JUL 10 2014

PER _____
       DEPUTY CLERK

JORGE A TORRES

vs                                          CIVIL ACTION NO. 3:14-CV-01064

CYNTHIA RAMIREZ, et al.

_____/

**MOTION**
**FOR AN ORDER TO HOLD DEFENDANT IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH THE COURT'S JUNE 30, 2014 ORDER**

NOW COMES, Jorge A. Torres, Plaintiff pro se and hereby moves this Honorable Court pursuant Federal Rules of Civil Procedure 37 for an Order to hold Plaintiffs in contempt for failure to comply with this Court's Order of June 30, 2014, and in support of same states as follows:

1. This Honorable Court ordered amongs other things on its June 30th, 2014 order the following:

On or before June 30, 2014, the Respondents shall file answer, motion, or other response to the allegations of the petition, as amended. *See* Rule 5, 28 U.S.C. foll. § 2254. In particular, and at a minimum, the Respondents shall address the current custodial status of the children and **whether their removal from the Petitioner's home was undertaken pursuant to a court order**. The Respondents are also invited to comment on whether the appointment of counsel in this matter is appropriate.

2. Up until today July 7th, 2014, Defendants have failed to produce the court order to

plaintiff of this Honorable Court of the Court Order to enter Plaintiff's home and remove his childrens from it.

3.      Defendants actions are in plain disregard of this Honorable Court's Federal Powers and their contempt is challenging this Court's authority to entertain this matter and to enforce the Constitution of the United States of America and its treaties and conventions on this matter which are the supreme law of the land.

**WHEREFORE**, based upon the foregoing, Plaintiff Jorge A. Torres, respectfully prays that this Honorable Court issue an Order holding Defendant in contempt for failing to comply with this Court's Order of June 30, 2014 and compel Defendant to produce the Court Orders issued by the County Court or to explain where those Defendant derives authority to violate the Constitution of the United States and this Honorable Court Order.

Respectfully submitted,

Jorge A. Torres Jr., Pro se

PO Box 830827
Ocala, FL 34483

352-433-6498

j4336498@gmail.com

Dated:   July 7, 2014

## PROOF OF SERVICE

I hereby certify that on the 7th day of July, 2014, I filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered by U.S. Mail.

By: Jorge A. Torres Jr.

Po Box 830827
Ocala, FL 34483

W0495569

CC: