

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

**KATHLEEN G. KANE**
ATTORNEY GENERAL

FILED
SCRANTON

SEP 3 0 2014

PER_____
 _____ CLERK

September 25, 2014

Criminal Law Division
Special Litigation Section
16th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-7189

Mr. E. David Christine, Jr.
Monroe County Office of the District Attorney
Monroe County Courthouse
7th and Monroe Streets
Stroudsburg, PA 18360

    ***Re:***    ***Jorge A. Torres Jr. v. Cynthia Ramirez, Case Worker Monroe County Children and Youth***
              ***USDC-Middle, 14-1064***

Dear Mr. Christine, Jr.:

    Enclosed please find a copy of the petitioner's Petition for Writ of Habeas Corpus and accompanying documents.

    Because of your access to, and familiarity with, the records in the case, your office is the best source for personal knowledge of the prosecution and the status of any appeals or collateral attacks concerning this prosecution, we are referring it to you and asking you to respond within the time mandated by the Court's Order.

    If you have any questions or believe I am in error please contact my office at the telephone number listed above.

                                       Sincerely,

                                       Amy Zapp
                                       Chief Deputy Attorney General

cc: Clerk, USDC-Middle