# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JORGE A. TORRES,** : | |
| Petitioner : | |
| : | **CIVIL ACTION NO. 3:14-1064** |
| v. : | |
| : | **(Mannion, D.J)** |
| **CYNTHIA RAMIREZ,** *et al.*, : | **(Mehalchick, M.J.)** |
| Respondents : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report of Judge Mehalchick, (Doc. 15), is **ADOPTED IN ITS ENTIRETY**. The petition, (Doc. 1), and motion, (Doc. 11), are **DISMISSED AS MOOT**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 6, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1064-01-order.wpd